IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROGER DALE SANDS, JR.,

      Appellant,

v.
                                       Case No.  5D22-1486
                                       LT Case No. 2021-CF-002919-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 7, 2023

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and
Darnelle P. Lawshe, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.